MICHAEL T. HUA, ESQ.
Nevada Bar No. 14547
ANJAN GEWALI, ESQ.
Nevada Bar No. 14054
**MICHAEL T. HUA LAW**
6145 W. Spring Mountain Rd., Ste. 201
Las Vegas, Nevada 89146
efile@michaelhua.com
Tel: (702) 852-2228
Fax: (702) 832-0266
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVINA WOODS, an individual, | Case No.: 2:24-cv-01235-GMN-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO HOLD CORPORATE DESIGNEE DEPOSITIONS AND FOR DEFENDANT TO OBTAIN PLAINTIFF'S MEDICAL RECORDS AND DISCLOSE THE SAME AFTER THE CLOSE OF DISCOVERY** |
| COAST HOTELS AND CASINOS, INC. DBA THE ORLEANS HOTEL AND CASINO; and DOES 1-25, Inclusive, | |
| Defendants. | |

COME NOW Plaintiff, DAVINA WOODS, by and through her counsel of record, MICHAEL T. HUA, ESQ., and ANJAN GEWALI, ESQ., of MICHAEL T. HUA LAW, and Defendant, COAST HOTELS AND CASINOS, INC. DBA THE ORLEANS HOTEL AND CASINO, by and through their counsel of record, CHERYL H. WILSON, ESQ., and VICTORIA L. HIGHTOWER, of IVIE MCNEILL WYATT PURCELL & DIGGS, and hereby stipulate and agree that the Plaintiff be allowed to hold Corporate Designee Depositions, and for Defendant to obtain Plaintiff's Medical Records and Disclose the Same After the Close of Discovery, currently scheduled for June 1, 2025.

**I. STATUS OF DISCOVERY EFFORTS TO DATE**

The parties have conducted the following discovery to date:

1. The parties' initial disclosure statements have been exchanged pursuant to FRCP 26.1;
2. Defendants served four additional supplements to their disclosures pursuant to FRCP 26.1;

///

3. Defendants propounded Interrogatories and Requests for Production on Plaintiffs, to which Plaintiff's responded.

4. Plaintiffs propounded Interrogatories, Requests for Production on Defendant, to which they responded.

5. Plaintiff DAVINA WOODS' Deposition was held on May 22, 2025.

## II. DISCOVERY REMAINING

The following discovery remains to be completed:

1. Deposition of Defendant's FRCP 30(b)(6) Person Most Knowledgeable No. 1, Security, scheduled for June 10, 2025, at 10:00 a.m.

2. Deposition of Defendant's FRCP 30(b)(6) Person Most Knowledgeable No. 2, Internal Maintenance, scheduled for June 10, 2025, at 1:00 p.m.

3. Deposition of Defendant's FRCP 30(b)(6) Person Most Knowledgeable No. 3, Facilities, scheduled for June 10, 2025, at 3:00 p.m.

4. Defendant has remaining medical records of Plaintiff's to request and disclose

## III. REASONS FOR REQUESTED EXTENSION

The parties have been diligent in conducting written discovery, issuing subpoenas to collect Plaintiff's relevant medical information, and beginning the deposition process. However, the parties submit that good cause exists for the extension requested below for the following reasons:

Plaintiff set the depositions of three of Defendant's FRCP 30(b)(6) Person Most Knowledgeable for June 10, 2025.

Plaintiff recently provided Defendant with additional authorizations to request records. We request that Defendant be given time to request and disclose these records.

Parties are requesting this extension at this time so that parties can modify their plans and legal strategy based upon the courts ruling. Requesting this extension at a later time could potentially preclude the possibility of a ruling prior to the passing of important deadlines. Based on both counsel's experiences with similar trucking cases, there is a strong likelihood that parties will require more time for scheduling depositions, or sending follow up discovery questions.

///

# IV. CURRENT DATES AND REQUESTED EXTENSIONS

Parties do not require an extension for expansive discovery. Parties only seek to extend discovery for the limited tasks and dates listed below:

1. Deposition of Defendant's FRCP 30(b)(6) Person Most Knowledgeable No. 1, Security, scheduled for June 10, 2025, at 10:00 a.m.

2. Deposition of Defendant's FRCP 30(b)(6) Person Most Knowledgeable No. 2, Internal Maintenance, scheduled for June 10, 2025, at 1:00 p.m.

3. Deposition of Defendant's FRCP 30(b)(6) Person Most Knowledgeable No. 3, Facilities, scheduled for June 10, 2025, at 3:00 p.m.

4. Defendant has remaining medical records of Plaintiff's to request and disclose, an allowance until June 13, 2025.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 29, 2025

| **MICHAEL T. HUA LAW** | **IVIE MCNEILL WYATT PURCELL & DIGGS** |
|---|---|
| /s/ *Anjan Gewali*<br>Michael T. Hua, Esq.<br>Nevada Bar No. 14547<br>Anjan Gewali, Esq.<br>Nevada Bar No. 14054<br>6145 W. Spring Mountain Rd., Ste. 201<br>Las Vegas, Nevada 89146<br>*Attorneys for Plaintiff*<br>*Davina Woods* | /s/ *Victoria L. Hightower*<br>Cheryl H. Wilson, Esq.<br>Nevada Bar No. 8312<br>Victoria L. Hightower, Esq.<br>Nevada Bar No. 10897<br>7455 Arroyo Crossing, Suite 220<br>Las Vegas, Nevada 89113<br>*Attorneys for Defendant,*<br>*Coast Hotels and Casinos, Inc. dba*<br>*The Orleans Hotel and Casino* |

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that I am an employee of MICHAELT. HUA LAW and that on this 28th day of May 2025, I caused the foregoing **STIPULATION AND ORDER TO HOLD CORPORATE DESIGNEE DEPOSITIONS AND FOR DEFENDANT TO OBTAIN PLAINTIFF'S MEDICAL RECORDS AND DISCLOSE THE SAME AFTER THE CLOSE OF DISCOVERY** to be served as follows:

[X] via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk

[ ] by placing a true and correct copy of the same to be deposited for mailing in the U.S. Mail at Las Vegas, Nevada, enclosed in a sealed envelope upon which first class postage was fully prepaid; and/or

[ ] pursuant to EDCR 7.26, by sending it via facsimile; and/or

[ ] by hand delivery

to the attorneys listed below:

Cheryl H. Wilson, Esq.
Victoria L. Hightower, Esq.
IVIE McNEILL WYATT PURCELL & DIGGS
8485 W. Sunset Road
Las Vegas, Nevada 89113
*Attorneys for Defendant*
*Coast Hotels and Casinos, Inc.*
*Dba The Orleans Hotel and Casino*

　　　　　　　　　　　　　　　　　　　/s/   *Ariana J. Dunbar*
　　　　　　　　　　　　　　　　　　　An employee of the MICHAEL T. HUA LAW