CHERYL H. WILSON, ESQ.
Nevada Bar No. 8312
VICTORIA L. HIGHTOWER, ESQ.
Nevada Bar No. 10897
IVIE McNEILL WYATT PURCELL & DIGGS
8485 W. Sunset Road, Suite 105
Las Vegas, NV 89113
(725) 677-4055 Telephone
(725) 239-4055 Facsimile
CWilson@imwlaw.com
VHightower@imwlaw.com
*Attorneys for Defendant, Coast Hotels and Casinos, Inc. dba The Orleans Hotel and Casino*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVINA WOODS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COAST HOTELS AND CASINOS, INC. dba THE ORLEANS HOTEL AND CASINO; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:24-cv-01235-GMN-BNW<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** |

COMES NOW, Defendant, COAST HOTELS AND CASINOS, INC. dba THE ORLEANS HOTEL AND CASINO (hereinafter, "Defendant"), by and through their counsel of record, Victoria L. Hightower, Esq., of IVIE McNEILL WYATT PURCELL & DIGGS; and Plaintiff, DAVINA WOODS (herein after "Plaintiff"), by and through her counsel of record, Anjan Gewali, Esq., of MICHAEL T. HUA LAW, and hereby submit the following Stipulation to Continue the Settlement Conference.

1. On August 6, 2025, the Court issued a Minute Order, referring this case to Magistrate Judge Brenda Weksler for a Settlement Conference [ECF No. 50].

2. On August 8, 2025, the Court issued an Order Scheduling Settlement Conference, setting it for October 1, 2025 at 10:00 a.m. [ECF No. 51].

3. Counsel for Defendant contacted the Judge's chambers to advise that the date selected by the Court for the Settlement Conference, October 1, 2025, would not work as she was going to be in Trial in another case the entire week of September 29, 2025 through October 3, 2025.

4. After Defense counsel conferred with Plaintiff's counsel regarding new availability for the Settlement Conference, and advised the Court of same, the Court issued a Minute Order continuing the Settlement Conference to October 17, 2025 [ECF No. 52].

5. Defendant advised counsel after receiving the new date for the Settlement Conference that they were unavailable until November, therefore the parties conferred again regarding new availability for the Settlement Conference.

6. Plaintiff, her counsel, Defendant, and their counsel, are all available to continue the Settlement Conference to **November 17, 2025.**

IT IS SO STIPULATED BY AND BETWEEN:

DATED this 22nd day of August, 2025.
MICHAEL T. HUA LAW

*/s/ Anjan Gewali, Esq.*
_____
ANJAN GEWALI, ESQ.
Nevada Bar No. 14054
6145 Spring Mountain Rd., Suite 201
Las Vegas, NV 89146
*Attorneys for Plaintiff,*
*Davina Woods*

DATED this 22nd day of August, 2025.
IVIE McNEILL WYATT PURCELL & DIGGS

_____
VICTORIA L. HIGHTOWER, ESQ.
Nevada Bar No. 10897
8485 W. Sunset Road, Suite 105
Las Vegas, NV 89113
*Attorneys for Defendant, Coast Hotels and Casinos, Inc. dba The Orleans Hotel and Casino*

The Settlement Conference is Continued to **November 17, 2025 at** __10:00__ **a.m./p.m.**

Briefs are due on **November 10, 2025 by 4:00 p.m.**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 22, 2025

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE - 2

# CERTIFICATE OF SERVICE

The undersigned, an employee of IVIE McNEILL WYATT PURCELL & DIGGS, hereby certifies that on the 22nd day of August, 2025, the foregoing **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** was served via electronic service in accordance with the Court's CM/ECF electronic filing system, addressed as follows:

Michael T. Hua, Esq.
Anjan Gewali, Esq.
MICHAEL T. HUA LAW
6145 Spring Mountain Rd., Suite 201
Las Vegas, NV 89146
*Attorneys for Plaintiff,*
*Davina Woods*



_____
An Employee of IVIE McNEILL WYATT PURCELL & DIGGS