CHERYL H. WILSON, ESQ.
Nevada Bar No. 8312
VICTORIA L. HIGHTOWER, ESQ.
Nevada Bar No. 10897
IVIE McNEILL WYATT PURCELL & DIGGS
8485 W. Sunset Road, Suite 105
Las Vegas, NV 89113
(725) 677-4055 Telephone
(725) 239-4055 Facsimile
CWilson@imwlaw.com
VHightower@imwlaw.com

*Attorneys for Defendant, Coast Hotels and Casinos, Inc. dba The Orleans Hotel and Casino*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVINA WOODS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COAST HOTELS AND CASINOS, INC. dba THE ORLEANS HOTEL AND CASINO; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-01235-GMN-BNW<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

COMES NOW, Defendant, COAST HOTELS AND CASINOS, INC. dba THE ORLEANS HOTEL AND CASINO (hereinafter, "Defendant"), by and through their counsel of record, Victoria L. Hightower, Esq., of IVIE McNEILL WYATT PURCELL & DIGGS; and Plaintiff, DAVINA WOODS (herein after "Plaintiff"), by and through her counsel of record, Anjan Gewali, Esq., of MICHAEL T. HUA LAW, and hereby submit the following Stipulation to Modify the current Briefing Schedule on Defendant's Motion for Summary Judgment [ECF No. 48].

1. On July 2, 2025, Defendant filed its Motion for Summary Judgment [ECF No. 48].
2. On August 21, 2025, Plaintiff filed her Opposition to Defendant's Moton for Summary Judgment [ECF No. 53].

3. The current due date for Defendant's Reply in Support of its Motion for Summary Judgment is September 4, 2025.

4. The parties hereby stipulate to extend the deadline for Defendant's Reply by two (2) weeks, to be due by **September 18, 2025.**

IT IS SO STIPULATED BY AND BETWEEN:

DATED this 2nd day of September, 2025.   DATED this 2nd day of September, 2025.

MICHAEL T. HUA LAW   IVIE McNEILL WYATT PURCELL & DIGGS

/s/ Anjan Gewali, Esq.

_____   _____
ANJAN GEWALI, ESQ.   VICTORIA L. HIGHTOWER, ESQ.
Nevada Bar No. 14054   Nevada Bar No. 10897
6145 Spring Mountain Rd., Suite 201   8485 W. Sunset Road, Suite 105
Las Vegas, NV 89146   Las Vegas, NV 89113
*Attorneys for Plaintiff,*   *Attorneys for Defendant, Coast Hotels and*
*Davina Woods*   *Casinos, Inc. dba The Orleans Hotel and Casino*

### ORDER

Defendant's Reply in Support of its Motion for Summary Judgment shall be due by **September 18, 2025.**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned, an employee of IVIE McNEILL WYATT PURCELL & DIGGS, hereby certifies that on the 2nd day of September, 2025, the foregoing **STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was served via electronic service in accordance with the Court's CM/ECF electronic filing system, addressed as follows:

Michael T. Hua, Esq.
Anjan Gewali, Esq.
MICHAEL T. HUA LAW
6145 Spring Mountain Rd., Suite 201
Las Vegas, NV 89146
*Attorneys for Plaintiff,*
*Davina Woods*

_____
An Employee of IVIE McNEILL WYATT PURCELL & DIGGS