CHERYL H. WILSON, ESQ.
Nevada Bar No. 8312
VICTORIA L. HIGHTOWER, ESQ.
Nevada Bar No. 10897
IVIE McNEILL WYATT PURCELL & DIGGS
8485 W. Sunset Road, Suite 105
Las Vegas, NV 89113
(725) 677-4055 (Telephone)
(725) 239-4055 (Facsimile)
Email: CWilson@imwlaw.com
Email: VHightower@imwlaw.com
*Attorneys for Defendant, Coast Hotels and Casinos, Inc. dba The Orleans Hotel and Casino*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DAVINA WOODS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COAST HOTELS AND CASINOS, INC., dba THE ORLEANS HOTEL AND CASINO; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.:  2:24-cv-01235-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, DAVINA WOODS ("Plaintiff"), by and through her counsel of record, Anjan Gewali, Esq., of MICHAEL T. HUA LAW, and Defendant, COAST HOTELS AND CASINOS, INC. dba THE ORLEANS HOTEL AND CASINO ("Defendant"), by and through their counsel of record, Victoria L. Hightower, Esq., of IVIE McNEILL WYATT PURCELL & DIGGS, that the Complaint filed by Plaintiff and each and every cause of action alleged therein, claims, and answers, be DISMISSED WITH PREJUDICE, with each side to bear its own attorney's fees and costs.

IT IS SO STIPULATED.

DATED this 2nd day of February, 2026.

MICHAEL T. HUA LAW

/s/ Anjan Gewali, Esq.

_____
ANJAN GEWALI, ESQ.
Nevada Bar No. 14054
6145 Spring Mountain Rd., Suite 201
Las Vegas, NV 89146
Attorneys for Plaintiff,
Davina Woods

DATED this 2nd day of February, 2026.

IVIE McNEILL WYATT PURCELL & DIGGS

_____
VICTORIA L. HIGHTOWER, ESQ.
Nevada Bar No. 10897
8485 W. Sunset Road, Suite 105
Las Vegas, NV 89113
Attorneys for Defendant, Coast Hotels and
Casinos, Inc. dba The Orleans Hotel and
Casino

IT IS SO ORDERED.

DATED: ___February 2, 2026___

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE - 2